1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 SANDEEP KAUR,                      )
   PARMINDER SINGH,                   )  No. C 07-1193 MHP
13                                    )
             Plaintiffs,              )
14                                    )  **STIPULATION TO EXTEND DATES;**
       v.                             )  **and [PROPOSED] ORDER**
15                                    )
   U.S. Citizenship and Immigration Services; )
16 EMILIO T. GONZALEZ, Director, U.S. )
   Citizenship and Immigration Services; )
17                                    )
             Defendants.              )
18 _____  )

19    Plaintiffs, by and through their attorney of record, and Defendants, by and through their

20 attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

21    1. Plaintiffs filed this action on or about February 28, 2007. Defendants' answer is currently

22 due on April 30, 2007.

23    2. Pursuant to this Court's February 28, 2007 Order Setting Initial Case Management

24 Conference, the parties are required to file a joint case management statement on June 4, 2007, and

25 attend a case management conference on June 11, 2007.

26    3. Plaintiff, Parminder Singh, is scheduled for an interview with the United States Citizenship

27 and Immigration Services on May 8, 2007.

28    4. In light of the fact that this case may be administratively resolved, the parties hereby

Stipulation for Extension
C 07-1193 MHP

respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | May 28, 2007 |
| Last day to file Joint ADR Certification: | June 18, 2007 |
| Last day to file/serve Joint Case Management Statement: | July 2, 2007 |
| Case Management Conference: | July 9, 2007, at 4:00 p.m. |

Date: April 30, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: April 30, 2007

ROBERT B. JOBE
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 1, 2007

MARILYN HALL PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

Stipulation for Extension
C 07-1193 MHP

respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | May 28, 2007 |
| Last day to file Joint ADR Certification: | June 18, 2007 |
| Last day to file/serve Joint Case Management Statement: | July 2, 2007 |
| Case Management Conference: | July 9, 2007, at 4:00 p.m. |

Date: April 30, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: April 30, 2007

_____
ROBERT B. JOBE
Attorney for Plaintiffs

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:

_____
MARILYN HALL PATEL
United States District Judge

Stipulation for Extension
C 07-1193 MHP