Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel:    (415) 956-5513
Fax:    (415) 956-0850
Email: bob@jobelaw.com

Attorney for Plaintiffs.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SANDEEP KAUR, ET AL., ) No.   C 07-1193 MHP
) 
    Plaintiffs, ) MOTION FOR VOLUNTARY DISMISSAL
) AND [~~PROPOSED~~] ORDER
    v. )
)
U.S. CITIZENSHIP AND IMMIGRATION )
SERVICES, ET AL., )
)
    Defendants. )

Pursuant to Civil Local Rule 7, Plaintiffs, Sandeep Kaur et al., through counsel, request that their mandamus complaint currently pending before the Court be dismissed without prejudice. Subsequent to the filing of this mandamus complaint, the American Embassy in Delhi, India issued a refugee travel document to Ms. Kaur's husband, Parminder Singh, and he has joined her in the U.S. Therefore, Plaintiffs are no longer alleging that the Defendants are delaying in issuing a refugee travel document to Mr. Singh.

WHEREFORE, Plaintiffs pray that this Court allow them to voluntarily dismiss their mandamus complaint, without prejudice.

DATED: May 21, 2007

/s/
_____
Robert B. Jobe
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
(415) 956-5513

Attorney for Plaintiffs

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

Motion for Voluntary Dismissal and [Proposed] Order

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that Plaintiffs' motion for dismissal of the action without prejudice be granted.

DATED: _____

MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE